

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2018

No. 04-17-00672-CV

**FAMSA, INC.**,
Appellant

v.

**BEXAR APPRAISAL DISTRICT**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-06465
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file a brief is GRANTED. We order Appellee's brief due February 26, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of February, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court